UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARVINMERITOR TECHNOLOGY, L.L.C.

        Plaintiff,        Civil Action No. 04-73153
                                    Hon. Gerald E. Rosen

vs

INALFA ROOF SYSTEMS, INC.

        Defendant.

| | |
|---|---|
| KERR, RUSSELL AND WEBER, PLC | ABBOTT NICHOLSON, P.C. |
| By:  Fred K. Herrmann (P49519) | By:  William D. Gilbride, Jr. (P36830) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 500 Woodward Avenue | 300 River Place Suite 3000 |
| Suite 2500 | Detroit, Michigan 48226 |
| Detroit, MI 48226-3406 | (313) 566-2500 |
| 313-961-0200 | wdgilbride@anqey.com |
| fkh@krwlaw.com | |
| | |
| AKIN GUMP STAUSS HAUER & FELD LLP | KANE, PLC |
| By:  Dwayne L. Mason (00787977) | By:  Barry C. Kane (P45851) |
| Lester L. Hewitt (09559000) | Co-Counsel for Defendants |
| Tara M. Williams (24043999) | 5 Lyon Street N.W. |
| Attorneys for Plaintiff | 660 Commerce Building |
| 1111 Louisiana Street, 44th Floor | Grand Rapids, Michigan  49503 |
| Houston, Texas 77002 | (616) 726-5905 |
| (713) 220-5800 | mr.kane@comcast.net |

## STIPULATED ORDER NUMBER 2

      At a session of said Court, held in the City of Flint, U.S. District Court, State of Michigan, on: January 4, 2006.

    PRESENT:  THE HONORABLE Wallace Capel, Jr.
                      U.S. Magistrate Judge Wallace Capel Jr.

      The parties, by and through their respective counsel, hereby stipulate and agree to the entry of this Stipulated Order Number 2 arising out of the Cross Motions to Compel Discovery filed in the captioned matter:

        1.    Defense counsel shall pay within 10 days to the law firm of Aikin Gump Strauss Hauer & Feld, LLP the sum of $337.50.

2. Inalfa Roof Systems shall produce the 109 boxes of documentation responsive to ArvinMeritor's document requests at the offices of Abbott, Nicholson, P.C., 300 River Place, Suite 3000, Detroit, Michigan for inspection by Plaintiff's counsel. Plaintiff's counsel may tag for duplication or scanning at its option and expense any such records subject to Defendant's right to designate the documents selected as Restricted Documents pursuant to the Stipulation and Protective Order. Within ten days of the date of entry of this Order, any documents included in the 109 boxes of documents that were maintained by defendant and are available in electronic form, shall be produced in electronic form, rather than by physical inspection of the paper copies within the 109 boxes. The scanning or photocopying will be performed by an independent third party duplication company at ArvinMeritor's expense. To the extent Inalfa requests a copy of the duplicated or scanned documents, in electronic or paper form; Inalfa shall split the cost for these duplication services with ArvinMeritor.

3. With reference to bates-stamped documents numbered IRS00001-IRS0003524, previously produced by Inalfa Roof Systems, within ten days from the date of entry of this Order, Inalfa Roof Systems shall provide to Plaintiff's counsel document boundaries, (i.e. the beginning and ending page for each document), for the above-identified documents.

4. Within ten days of the date of entry of this Order, Inalfa Roof Systems will supply ArvinMeritor with answers to ArvinMeritor's Second Set of Interrogatories; the only objections that have been preserved to those interrogatories are privilege and attorney/client work product previously indicated in Inalfa's privilege log all other objections were waived.

5. Within ten days of the date of entry of this Order, Inalfa Roof Systems will (a) endeavor in good faith to find a reasonable means to translate or have translated all versions of engineering documents IR000001—IR000048 into a readable format by either providing to Arvin Meritor the "ug" formatted originals with permission (in accordance with the provisions set forth in the Stipulation and Protective Order entered in the within cause) to have a designated Arvin Meritor person perform the translation of such documents into a readable format; or (b) request that defendant proceed to promptly have all such ug versions translated into a readable format for delivery to Arvin-Meritor.

6. Within ten days of the date of entry of this Order, Inalfa Roof Systems will provide to ArvinMeritor, Rule 34 designations for documents produced in response

to ArvinMeritor's First Request for Production ("Request"), by providing the Bates number for documents responsive to the Request in previously produced files numbered 29, 30 and 31.

7. To the extent documents were maintained by and are available in electronic form, Inalfa Roof Systems and ArvinMeritor shall produce in electronic form those documents that are available in electronic form.

8. ArvinMeritor shall within ten days of the date of entry of this Order produce the redacted documents not subject to the attorney/client or work product privileges that were amongst the documents previously produced by ArvinMeritor.

9. This Stipulated Order Number 2 resolves all matters between the parties as joined in ArvinMeritor's Motion to Compel Discovery; and Inalfa Roof Systems' Motion to Compel Discovery of Plaintiff as brought on for hearing before the Court on December 12, 2005 at the United States District Courthouse, 600 Church Street, Flint, Michigan.

IT IS SO ORDERED.

                                            s/ Wallace Capel, Jr.
                                            U.S. Magistrate Judge Wallace Capel Jr.

198459